United States District Court
Southern District of Texas
**ENTERED**
July 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BIANCA L MORENO, § § Plaintiff, § VS. § DEBT RECOVERY SOLUTIONS, LLC § and § PENDRICK CAPITAL PARTNERS II, LLC § and § JOHN DOES 1-25, § § Defendants. § | CIVIL ACTION NO. 4:21-CV-01604 |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this lawsuit has been reached (Dkt. No. 13). The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within one hundred (100) days after the entry of this Order.

It is so **ORDERED**.

SIGNED on this 15th day of July, 2021.

_____
Kenneth M. Hoyt
United States District Judge